# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 4, 2020

*VIA ECF*
Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

> Application granted. Defendant's motion is due no later than February 17, 2021. The government's response is due no later than March 10, 2021.
>
> SO ORDERED.
>
> /s/ Naomi Reice Buchwald
> NAOMI REICE BUCHWALD
> UNITED STATES DISTRICT JUDGE
>
> Dated: New York, New York
> December 7, 2020

Re:   *United States v. Dushon Foster*, 01 CR 450

Dear Judge Buchwald:

I write in response to the Court's Order at ECF Doc. 375 regarding Mr. Foster's pending 28 U.S.C. § 2255 motion. We currently intend to pursue the motion. Based on my personal and work schedule, with the Court's permission, I ask that no deadlines for filing be set before February 2021.

Thank you and I hope you have a safe holiday.

Respectfully submitted,
/s/ JULIA GATTO
Julia L. Gatto
Assistant Federal Defender