# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

February 22, 2021

VIA ECF
Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

SO ORDERED.

/s/ Naomi Reice Buchwald
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       February 23, 2021

Re:  United States v. Dushon Foster, 01 CR 450

Dear Judge Buchwald:

I write to terminate and withdraw Mr. Foster's pending 28 U.S.C. § 2255 motion (docket entry no. 344).

Respectfully submitted,
/s/ JULIA GATTO
Julia L. Gatto
Assistant Federal Defender