UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
UNITED STATES OF AMERICA,

                                        **ORDER**

        - against -

                                        01 Cr. 450 (NRB)

DUSHON FOSTER,

                    Defendant.
------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** on January 8, 2020, the United States District
Court for the Southern District of New York Probation Department
issued a violation report for the defendant, based on the
defendant's indictment in Bronx Supreme Court on various
charges; and

**WHEREAS** the defendant was detained pending trial in Bronx
Supreme Court; and

**WHEREAS** the defendant was subsequently acquitted of all
charges; and

**WHEREAS** the United States Attorney for the Southern
District of New York, with the consent of the Probation
Department, has moved to withdraw the violation report; and

**WHEREAS** the United States Attorney for the Southern
District of New York and the Probation Department acknowledge
that the defendant's term of supervised release expired on

February 23, 2022, pursuant to <u>Mont v. United States</u>, 139 S. Ct. 1826, 1834 (2019); it is hereby

    **ORDERED** that the defendant has completed his term of supervised release and that the conditions of release imposed on him on July 7, 2022 are hereby vacated.

Dated:    New York, New York
           July 22, 2022

                          NAOMI REICE BUCHWALD
                   UNITED STATES DISTRICT JUDGE